UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LEE LAFAVOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　Defendant. | Case No. 1:23-cv-00745-ADA-CDB (SS)<br><br>ORDER WITHDRAWING AS MOOT FINDINGS AND RECOMMENDATIONS AND DENYING MOTION AS MOOT<br><br>(Docs. 2, 8)<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE SUMMONS, SCHEDULING ORDER, AND CONSENT OR REQUEST FOR REASSIGNMENT DOCUMENTS |

Plaintiff Jennifer Lee Lafavor ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security denying Plaintiff's claim for disability benefits under the Social Security Act. (Doc. 1). On May 15, 2023, Plaintiff filed a motion to proceed in forma pauperis. (Doc. 2). On May 23, 2023, the Court issued findings and recommendations to deny Plaintiff's motion to proceed in forma pauperis. (Doc. 8).

Thereafter, on May 23, 2023, the docket reflects Plaintiff paid the filing fee for this action, rendering moot Plaintiff's application for in forma pauperis status.

Accordingly, in light of Plaintiff's payment, it is HEREBY ORDERED:

1. Plaintiff's motion (Doc. 2) is DENIED as moot;

/ / /

2. The findings and recommendations dated May 23, 2023 (Doc. 8) are WITHDRAWN; and

3. The Clerk of Court is directed to issue the following: 1) a Summons; 2) the Scheduling Order; 3) the Order re Consent or Request for Reassignment; and 4) a Consent to Assignment or Request for Reassignment form.

IT IS SO ORDERED.

Dated:   **May 24, 2023**                                   _____
UNITED STATES MAGISTRATE JUDGE