UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LEE LAFAVOR,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:23-cv-00745-ADA-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING TIME FOR FILING OF OPENING BRIEF<br><br>(Doc. 16) |

Plaintiff Jennifer Lee Lafavor ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1).

Pending before the Court is the parties' first stipulated request, filed on August 23, 2023, to extend the time within which Plaintiff must file an opening brief from August 24, 2023, to October 23, 2023. (Doc. 16). Plaintiff's counsel attests to having received a series of certified administrative records that created multiple conflicts in his briefing calendar.

Accordingly, for good cause shown, IT IS HEREBY ORDERED:

1. Plaintiff shall file the opening brief on or before October 23, 2023; and

///

///

1

2. The timelines for the filing of a response brief and reply remain governed by the Court's Scheduling Order (Doc. 12).

IT IS SO ORDERED.

Dated: __August 24, 2023__

UNITED STATES MAGISTRATE JUDGE