**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER LEE LAFAVOR,<br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,[1] | Case No. 1:23-cv-00745-DJC-SKO<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT BE DENIED AND THE FINAL DECISION OF THE COMMISSIONER OF SOCIAL SECURITY BE AFFIRMED<br><br>(Docs. 18, 28) |

Jennifer Lee Lafavor filed a complaint under 42 U.S.C. § 1383(c) seeking judicial review of a final decision of the Commissioner of Social Security denying her application for Disability Insurance Benefits under the Social Security Act. (Doc. 1.)

On May 19, 2026, the assigned Magistrate Judge issued findings and recommendations recommending that Plaintiff's motion for summary judgment be denied and that the final decision of the Commissioner be affirmed. (Doc. 28.) The Magistrate Judge recommended that the decision be affirmed because the ALJ's consideration of the

[1] On May 6, 2025, Frank Bisignano was appointed the Commissioner of the Social Security Administration. *See* https://www.ssa.gov/news/press/releases/2025/#2025-05-07. He is therefore substituted as the defendant in this action. *See* 42 U.S.C. § 405(g) (referring to the "Commissioner's Answer"); 20 C.F.R. § 422.210(d) ("the person holding the Office of the Commissioner shall, in his official capacity, be the proper defendant").

medical opinion was proper and supported by substantial evidence and the ALJ properly assessed Plaintiff's mental impairments. (*See id.*)

The Court granted the parties 14 days from the date of service to file objections to the recommendations of the Magistrate Judge. (Doc. 28 at 28–29.) The Court advised the parties "that failure to file objections within the specified time may waive the right to appeal the district judge's order." (*Id.* at 29, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014)). On June 2, 2026, Plaintiff timely filed objections. (Doc. 29)

This Court conducted a de novo review of the case. Having carefully reviewed the matter, including Plaintiff's objections, the Court finds the findings and recommendations are supported by the record and proper analysis. Based upon the foregoing, the Court **ORDERS**:

1. The findings and recommendations filed May 19, 2026 (Doc. 28) are **ADOPTED IN FULL**.
2. Plaintiff's motion for summary judgment (Doc. 18) is **DENIED.**
3. The final decision of the Commissioner of Social Security is **AFFIRMED**.
4. The Clerk of the Court is **DIRECTED** to enter judgment in favor of Defendant Frank Bisignano, Commissioner of Social Security, and against Plaintiff Jennifer Lee Lafavor, and to **CLOSE** this action.

IT IS SO ORDERED.

Dated: **August 10, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE